**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7256**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHARLES J. MOORE,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  T.S. Ellis, III, District Judge.
(CR-92-742, CA-92-325-A)

---

Submitted:  October 17, 1996          Decided:  October 25, 1996

---

Before MURNAGHAN and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Charles J. Moore, Appellant Pro Se.  Rachel Celia Ballow, OFFICE OF
THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994), <u>amended by</u> Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. <u>United States v. Moore</u>, Nos. CR-92-742; CA-92-325-A (E.D. Va. Aug. 14, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2